PD-1666-14

NO. _____

PD-1666-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/22/2014 11:53:05 AM
Accepted 12/29/2014 1:14:57 PM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| **JOSE ISMAEL ARREOLA** | § | **IN THE COURT OF CRIMINAL APPEALS** |
| | § | |
| **v.** | § | **STATE OF TEXAS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES,** the Appellant, JOSE ISMAEL ARREOLA, and moves for an extension of time to file the Appellant's Petition for Discretionary Review in this case, and in support thereof would show the following:

I.

a.  This case is pending below in the 195TH District Court of Dallas County, Texas under Cause No. F12-00581-N, styled *State of Texas v. Jose Ismael Arreola.* It is also pending in the Dallas Court of Appeals under case number 05-13-00181-CR.

b.  Appellant was convicted of Aggravated Assault/Serious Bodily Injury/Deadly Weapon/Family Violence and sentenced to 28 years in prison and a fine of $5,000.00. The judgment date was February 6, 2013. On December 5, 2014, the Court of Appeals affirmed the conviction. Appellant is currently in prison.

c.  The deadline for filing the Appellant's Petition for Discretionary Review was January 4, 2015.

d.  Appellant requests an extension until February 5, 2015, to file the Petition for Discretionary Review.

e.  The reason for this request is that during the last few weeks counsel has been working on the following:

    1.  Application for Writ of Habeas Corpus in *Ex parte Dinesh Kumar Shah*, No. 1040406, in the 182nd District Court of Harris County, Texas.

**Motion for Extension of Time to File Appellant's Petition for Discretionary Review - Page 1**

2. Brief in *United States v. Eseos Igiebor*, No. 14-10581, in the United States Court of Appeals for the Fifth Circuit.

3. Sentencing hearing in *United States v. Raheem Abdul Shabazz*, No. 3:13-CR-026, in the United States District Court for the Northern District of Mississippi.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Motion be granted.

Respectfully submitted,

/s/ Gary A. Udashen
GARY A. UDASHEN
Texas State Bar No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Extension of Time to File Appellant's Brief was electronically delivered to the Dallas County District Attorney's Office, 133 N. Riverfront Blvd., L.B. 19, Dallas, Texas 75207, to michael.casillas@dallascounty.org, and electronically delivered to the State Prosecuting Attorney, P. O. Box 12405, Austin, Texas 78711, to information@spa.texas.gov, on this the 22nd day of December, 2014.

/s/ Gary A. Udashen
GARY A. UDASHEN